UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERBANDO CRUZ MOLINA,

Plaintiff,

-against-

MR. VU AND ASSOCIATES,

Defendants.

25 CIVIL 4369 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    July 15, 2025

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge